114 A.3d 795

James SAMPLE, Petitioner

v.

COMMONWEALTH of Pennsylvania, DISTRICT ATTORNEY
OF PHILADELPHIA COUNTY, Respondent.

No. 18 EM 2015.

Supreme Court of Pennsylvania.

April 24, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of April, 2015, the Application for Leave to File Original Process is **GRANTED.** To the extent the "Petition for Writ [of] Habeas Corpus," treated as a Petition for Writ of Mandamus, seeks to compel the Court of Common Pleas of Philadelphia County to comply with this Court's September 16, 2014 order, *see Sample v. Commonwealth,* 104 EM 2014, the petition is **GRANTED.** The court is **DIRECTED** to adjudicate Petitioner's Post Conviction Relief Act petition within 30 days.